# Gwin *v.* National B. & L. Association.

126a 679
128   364

APPEAL from Gadsden City Court, in Equity.
Heard before the Hon. JOHN H. DISQUE.

HOOD & MURPHREE, for appellant.

HOLLOWAY & HOLLOWAY and WM. L. MARTIN, for appellee.

The bill in this case was filed by the appellant against the National B. & L. Association, and sets up the fact that the complainant had borrowed money from the defendant at a usurious rate of interest, and prayer for an accounting and that the complainant be allowed to redeem the property mortgaged by paying off any balance ascertained to be due. The defendant demurred to the bill upon several grounds, which demurrer was sustained. From the decree sustaining the demurrer the complainant prosecutes the present appeal.

The decree is affirmed on the authority of *Johnson v. Nat. B. & L. Asso.,* 125 Ala. 465.

Opinion by DOWDELL, J.

---

# Pinkston *v.* State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for an assault with intent to murder, and sentenced to the penitentiary for five years.

The judgment is affirmed.

Opinion PER CURIAM.